**CR-08 00196 JW**

# UNITED STATES DISTRICT COURT

**PVT**

## NORTHERN DISTRICT OF CALIFORNIA

2008 MAR 26 P 1: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

~~SEALED BY ORDER OF THE COURT~~

### SAN JOSE DIVISION

---

## THE UNITED STATES OF AMERICA

*vs.*

DAE KI EUN, a/k/a JOHN KIM, a/k/a ZHESHAN KIM,

a/k/a KIM FRANCIS KIM, a/k/a EUG ENE PAK, a/k/a HYUN I. KIM,

---

# INDICTMENT

**COUNT ONE**: Title 18, United States Code, Section 1543 - Forgery or False Use of Passport

---

*A true bill.*

_____
Foreperson

*Filed in open court this* 26 *day of* March

*A.D. 2008*

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ No Bail arrest warrant

DOCUMENT NO. 1   CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

2008 MAR 26 P 1: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>     Plaintiff, )<br>          )<br>     v. )<br>          )<br>DAE KI EUN, )<br>          )<br>  a/k/a JOHN KIM, )<br>  a/k/a ZHESHAN KIM, )<br>  a/k/a KIM FRANCIS KIM, )<br>  a/k/a EUG ENE PAK, )<br>  a/k/a HYUN J. KIM, )<br>          )<br>     Defendant. )<br>_____) | No. CR-08 00196 JW<br><br>VIOLATION: Title 18, United States Code, Section 1543 - Forgery or False Use of Passport<br><br>PVT<br><br>SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

On or about July 8, 2007, in the Northern District of California, the defendant,

DAE KI EUN,
  a/k/a JOHN KIM,
  a/k/a ZHESHAN KIM,
  a/k/a KIM FRANCIS KIM,
  a/k/a EUG ENE PAK,
  a/k/a HYUN J. KIM,

//

INDICTMENT

1 did knowingly and willfully furnish to another person for use a forged, counterfeited, and altered
2 passport, and an instrument purporting to be a passport, in violation of Title 18, United States
3 Code, Section 1543.

5 DATED: 3/26/08

A TRUE BILL.

_____
FOREPERSON

10 JOSEPH P. RUSSONIELLO
United States Attorney

_____
13 DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

15 (Approved as to form: _____)
AUSA O'CONNELL

INDICTMENT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

COUNT ONE: 18 United States Code Section 1543 - Forgery or False Use of Passport

~~SEALED BY ORDER OF THE COURT~~

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

FILED
2008 MAR 26
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**PENALTY:**
10 years imprisonment
$250,000 fine
3 years supervised release
$100.00 special assessment

**DEFENDANT - U.S.**

DAE KI EUN

**DISTRICT COURT NUMBER**

CR-08 00196 JW PVT

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
S/A Alex Kobzanets - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    TOM O'CONNELL

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

**DATE OF ARREST**    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: