**SEALED BY ORDER OF THE COURT**

FILED

2008 MAR 26 P 1: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08 00196 JW PVT |
| Plaintiff, | |
| v. | ORDER OF THE COURT SEALING INDICTMENT AND ARREST WARRANT |
| DAE KI EUN, | |
| Defendant. | |

Based on the motion of the Government, the further investigation contemplated by the Federal Bureau of Investigation, and the fact that the defendant is out of custody and unaware of the pending indictment and arrest warrant, it is hereby ordered that the indictment and arrest warrant in the above-entitled case be sealed until further order of the court.

**IT IS SO ORDERED.**

DATED: 3/26/08

PATRICIA V. TRUMBULL
United States Magistrate Judge
Northern District of California

SEALING ORDER

DOCUMENT NO.   CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING