

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

April 17, 2008

Clerk, United District Court
2112 Robert F. Peckham Federal
Bldg and United States Courthouse
280 South First Street
San Jose, CA 95113-3002

CR-08-00196-

FILED
APR 23 2008
CLERK
NORTHERN DISTRICT COURT
CALIFORNIA

Re:   Transfer to U.S. Magistrate Judge

Case No. 08-00800M

Case Title: USA vs. Dae Ki Eun

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☒ Certified copy of final commitment
- ☐ Original Passport
- ☐ Original Declaration re: Passport
- ☒ Other  Financial Affidavit-NFPV   - CJA-23 submitted to SF-CJA unit

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  Shannon L Johnson
Deputy Clerk 213-894-1529

cc: *U.S. Attorney (Central District of California)*
    *U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Clerk, U.S. District Court

By _____
Deputy Clerk

Date _____

CR-48 (01/01)          LETTER RE: RULE 40 - TRANSFER OUT

I hereby attest and certify on 4/17/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

1202

FILED
CLERK, U.S. DISTRICT COURT
APR 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
           Plaintiff,     ) CASE NO. 08-800M
                          )
     v.                   )
                          ) ORDER OF DETENTION
Dae Ki Eun                )
                          )
           Defendant.     )

## I.

A. ( ) On motion of the Government in a case allegedly involving:

   1. ( ) a crime of violence.

   2. ( ) an offense with maximum sentence of life imprisonment or death.

   3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years .

   4. ( ) any felony - where the defendant has been convicted of two or more prior offenses described above.

   5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✓) On motion by the Government / ( ) on Court's own motion, in a case

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                          Page 1 of 4

1  allegedly involving:

(X) On the further allegation by the Government of:

1. (X) a serious risk that the defendant will flee.

2. ( ) a serious risk that the defendant will:

   a. ( ) obstruct or attempt to obstruct justice.

   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government ( ) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. ( ) The Court finds that no condition or combination of conditions will reasonably assure:

1. (X) the appearance of the defendant as required.

   ( ) and/or

2. ( ) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                                                Page 2 of 4

IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V.

The Court bases the foregoing finding(s) on the following:

A. (✓) As to flight risk:

unknown background information; no apparent bail resources; use of multiple aliases, SSNs, birth dates; outstanding felony warrant; in U.S. illegally; allegedly involved in alien smuggling

B. ( ) As to danger:

VI.

A. ( ) The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)

B. The Court bases the foregoing finding(s) on the following:

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 4.7.2008

_____
UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                                           Page 4 of 4

| Name & Address | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>APR 7 2008<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
|---|---|

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 08-800M |
| v. | FINAL COMMITMENT AND WARRANT OF REMOVAL |
| DAE KI EUN | Northern District of California |
| | At San Jose |
| DEFENDANT(S). | (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☐ an indictment by a Grand Jury
☒ a bench warrant issued by a Clerk from the District of Origin charging that on or about   July 8, 2007                , in the District of Origin, the defendant did: Forgery or False use of Passport

in violation of Title(s)     18         , U.S.C., Section(s) 1543

The defendant has now:
☒ duly waived identity hearing before me on 4/7/2008                       .
☐ duly waived preliminary examination before me on _____.
☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☐ No bail has been set.
  ☒ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

April 7, 2008
Date                         United States Magistrate Judge     ANDREW J. WISTRICH

**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

| Date | Deputy |
|---|---|

M-15 (08/99)                         FINAL COMMITMENT AND WARRANT OF REMOVAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
APR 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA, PLAINTIFF v. DAO KI EUN DEFENDANT. | CASE NUMBER: 08-800 M WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |
|---|---|

I understand that charges are pending in the **NORTHERN** District of **CALIFORNIA** alleging violation of **18 USC 1543** and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

-Check one only-

☑ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑ have an identity hearing
☑ receive a copy of the charges(s) against me
☐ have a preliminary examination
☐ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☑ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district 4/7/08

I hereby attest and certify on 4/7/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK
Date: 4.7.2008

1202

Defendant

Defense Counsel

United States Magistrate Judge

M-14 (03/03)   WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ Brendt C. Butler (Cal. Bar No. 211273)
 4 │ Assistant United States Attorney
   │       1200 United States Courthouse
 5 │       312 North Spring Street
   │       Los Angeles, California 90012
 6 │       Telephone: (213) 894-0470
   │       Facsimile: (213) 894-0141
 7 │       E-mail: brendt.butler@usdoj.gov
 8 │ Attorneys for Plaintiff
   │ United States of America
 9 │
10 │              UNITED STATES DISTRICT COURT
11 │          FOR THE CENTRAL DISTRICT OF CALIFORNIA
12 │ UNITED STATES OF AMERICA,      )  Case No. MJ 08-00800-DUTY
   │                                )
13 │              Plaintiff,        )
   │                                )  GOVERNMENT'S NOTICE OF REQUEST
14 │                                )  FOR DETENTION
   │         v.                     )
15 │                                )
   │ DAE KI EUN,                    )
16 │   aka "John Kim,"              )
   │   aka "Zheshan Kim,"           )
17 │   aka "Kim Francis Kim,"       )
   │   aka "Eug Ene Pak,"           )
18 │   aka "Hyun J. Kim,"           )
   │                                )
19 │              Defendant.        )
   │                                )
20 │ ───────────────────────────────
21 │
22 │      Plaintiff, United States of America, by and through its counsel
23 │ of record, hereby requests detention of defendant and gives notice
24 │ of the following material factors:
25 │      X    1.  Temporary 10-day Detention Requested (§ 3142(d))
26 │               on the following grounds:
27 │          ___  a. present offense committed while defendant was on
28 │                  release pending (felony trial), (sentencing),
```

I hereby attest and certify on 4·17·08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK                          1202

|     |     |     |                                                                  |
| --- | --- | --- | ---------------------------------------------------------------- |
|     |     |     | (appeal), or on (probation) (parole); <u>or</u>                  |
| _X_ |     | b.  | defendant is an alien not lawfully admitted for permanent residence; <u>and</u> |
| _X_ |     | c.  | defendant may flee; or                                           |
| _X_ |     | d.  | pose a danger to another or the community.                       |
| _X_ | 2.  |     | <u>Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure</u>: |
| _X_ |     | a.  | the appearance of the defendant as required;                     |
| _X_ |     | b.  | safety of any other person and the community.                    |
| ___ | 3.  |     | <u>Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>: |
| ___ |     | a.  | defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community; |
| ___ |     | b.  | defendant cannot establish by clear and convincing evidence that he/she will not flee. |
| ___ | 4.  |     | <u>Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e))</u>: |
| ___ |     | a.  | Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk); |
| ___ |     | b.  | offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum |

2

penalty (presumption of danger to community and flight risk);

___ c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

___ d. defendant currently charged with an offense described in paragraph 5a - 5e below, AND defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), AND that previous offense was committed while defendant was on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

___ 5. <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves</u>:

___ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

___ b. an offense for which maximum sentence is life

3

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | imprisonment or death; |
| 2 | ____ | c. | Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more; |
| 4 | ____ | d. | any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses; |
| 10 | ____ | e. | any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250; |
| 16 | _X_ | f. | serious risk defendant will flee; |
| 17 | ____ | g. | serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so). |
| 21 | ____ | 6. | Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s): |

_____

_____

_____

///

-4-

7. Good cause for continuance in excess of three days exists in that:

_____

_____

_____

DATED: April 1, 2008

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

_____
BRENDT C. BUTLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### RECORD OF PROCEEDINGS

Case No. 08-800M  Tape No. 4-07-08 Court smart  Date: April 7, 2008

Present: The Honorable Andrew J. Wistrich, U.S. Magistrate Judge

| Ysela Benavides | Brendt Butler | Chinsook Kim Moore-Korean |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter |

USA v. DAE KI EUN

☒ Present  ☒ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant:

John Littrell

☒ Present  ☐ CJA  ☐ Retd  ☒ DFPD  ☐ Not present

**PROCEEDINGS: TEMPORARY / PERMANENT DETENTION HEARING**

☒ Matter called for ☐ temporary / ☒ permanent detention hearing.
☐ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ Witnesses CST (see separate list).
☐ Exhibits Marked/Admitted (see separate list).
☒ Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail. See below for bail information.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court further orders U.S. Attorney to notify _____
  *(Name of appropriate officials)*
☐ Court orders further bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ if _____ fails or declines to take custody of defendant.  *(Name of appropriate officials)*
☐ Court does not find sufficient cause to temporarily detain defendant and sets bails. See below for bail information.
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____
☒ Other: Def HTA to Northern District of California. Waiver received and filed. Crt directs USM to provide Korean translated Bible if AVAILABLE.

### BAIL INFORMATION

**TYPE OF BOND**

☐ Personal Recognizance *(Signature only - no dollar amount)*
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
  ☐ with cash deposit (amount or %) _____
  ☐ with affidavit of surety (no justification) (Form CR-4)
  ☐ with justification affidavit of surety (Form CR-3)
  ☐ with deeding of property
☐ Collateral Bond in amount of $_____
  *(cash or negotiable securities)*
☐ Corporate Surety Bond in amount of $_____
  *(Corporate Surety Bond requires separate form)*
☐ Release NOW and justify by _____
  OR appear before Magistrate Judge _____
  at _____ ☐AM/☐PM on _____

☐ Bond Posted
☐ Release Ordered Forthwith; Issued Release No. _____

**CONDITIONS OF RELEASE**

☐ PSA Supervision   ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to: _____
☐ Avoid places of egress
☐ Alcohol/Drug testing: _____
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs.
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Other: _____

Distribution:   Blue - AUSA   Yellow - Defendant   Pink - PSA

M-46 (06/98)   RECORD OF PROCEEDINGS - TEMPORARY / PERMANENT DETENTION HEARING

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Dae Ki Eun, Defendant. | Western Division<br>Case Number: 2:08-MJ-00800<br>Initial App. Date: 04/01/2008<br>Date Filed: 04/01/2008<br>Violation: 18:1543<br>CourtSmart: 04-01-08 | UNDER SEAL<br>Out of District Affidavit<br>Initial App. Time: 2:00 PM |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Andrew J. Wistrich | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Ysela Benavides / Deputy Clerk    Brendt Butler / Assistant U.S. Attorney    Chingook Moore / Interpreter/Language — Korean

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☑ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: John Littrell, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  ☐ Special appearance by: _____
☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue.
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☑ Case continued to (Date) 4/7/08 (Time) 2:30 AM/PM    Cont for further proceedings
☑ Type of Hearing: Detention hearing Before Judge AJ Wistrich / Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☑ Judge's Courtroom 690
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons; Defendant ordered to report to USM for processing.
☑ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO. _____
☑ Other: Gov't moves to unseal the indictment - so ordered

☐ PSA    ☐ FINANCIAL    ☐ READY

Deputy Clerk Initials _____

M-5 (03/07)    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1

FILED

2008 APR -1  PM 12: 52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: **08-0800M**

PLAINTIFF(S)

v.

DAE KI EUN

DEFENDANT(S)

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: _____
in the __NORTHERN__ District of __CALIFORNIA__ on __03/26/08__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __1543__
to wit: _____

A warrant for defendant's arrest was issued by: _____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __4/1/08__, by
_____, Deputy Clerk.

_____                          __ROBERT GUNDERSON__
Signature of Agent                          Print Name of Agent

__FBI__                                     __SPECIAL AGENT__
Agency                                      Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

**FILED**

2008 APR -1 PM 12:52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER **08-0800M** |
|---|---|
| v. DAE KI EUN DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  3/31/08   16:00   ☐ AM / ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   18 USC 1543   PASSPORT FRAUD
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown
5. Year of Birth: 1963
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: Duty Officer
11. Remarks (if any): _____
12. Date: 4/1/08
13. Signature: _____
14. Name: ROBERT GUNDERSON
15. Title: SPECIAL AGENT FBI

CR-64 (07/05)    REPORT COMMENCING CRIMINAL ACTION

FILED

O 442 (Rev. 5/93) Warrant for Arrest

**SEALED BY ORDER OF COURT**

United States District Court
Northern District of California

2008 APR -1
CLERK U.S. DISTRICT COURT
LOS ANGELES
BY _____

| UNITED STATES OF AMERICA, | |
|---|---|
| V. | WARRANT FOR ARREST |
| **Dae Ki Eun** | **08-0800M** |
| "akas" John Kim, Zheshan Kim, Kim Francis Kim, Eug Ene Pak, Hyun J. Kim | Case Number: **CR-08-00196-JW** |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **Dae Ki Eun**
    "**akas**"  **John Kim, Zheshan Kim, Kim Francis Kim,**
                **Eug Ene Pak, Hyun J. Kim**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint
( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with:

**Forgery or False Use of Passport**

in violation of Title __18__ United States Code, Section(s) __1543__

| Cita F. Escolano | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Cita F. Escolano* (signature) | 03/26/08, San Jose, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NO BAIL__    by    __Patricia V. Trumbull__
                                      Name of Judicial Officer

| RETURN | ORIGINAL WARRANT HELD BY U.S. MARSHALS, SAN JOSE NOTIFY ABOVE OFFICE UPON ARREST DO NOT MAKE RETURN ON THIS COPY |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | |
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CRIMINAL DOCKET FOR CASE #: 2:08-mj-00800-DUTY All Defendants

Case title: USA v. Eun

Date Filed: 04/01/2008
Date Terminated: 04/07/2008

Assigned to: Duty Magistrate Judge

**Defendant**

Dae Ki Eun (1)
*TERMINATED: 04/07/2008*

represented by  John L Littrell
Federal Public Defender
321 E 2nd Street
Los Angeles, CA 90012-4202
213-894-5310
Email: zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Defendant in violation of 18:1543

**Disposition**

Court orders defendant held to answer to Northern District of California, San Jose.

**Plaintiff**

USA  represented by  **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2008 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Dae Ki Eun, originating in the Northern District of California, San Jose. Defendant charged in violation of: 18:1543. Signed by agent Robert Gunerson, FBI, Special Agent. (sj, ) (Entered: 04/17/2008) |
| 04/01/2008 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Dae Ki Eun; defendants Year of Birth: 1963; date of arrest: 3/31/2008 (sj, ) (Entered: 04/17/2008) |
| 04/01/2008 | 3 | Defendant Dae Ki Eun arrested on warrant issued by the USDC Northern District of California at San Jose. (sj, ) (Entered: 04/17/2008) |
| 04/01/2008 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Andrew J. Wistrich. Defendant arraigned and states true name is as charged. Attorney: John L Littrell for Dae Ki Eun, DFPD, present. Defendant remanded to the custody or currently in the custody of the US Marshal.(KOREAN) INTERPRETER Required. Detention Hearing and further proceedings set for 4/7/2008 02:30 PM before Magistrate Judge Andrew J. Wistrich. Govt moves to unseal the indictment so ordered. Court Smart: CS 4/1/08. (sj, ) (Entered: 04/17/2008) |
| 04/01/2008 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Dae Ki Eun. (sj, ) (Entered: 04/17/2008) |
| 04/01/2008 | 6 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Dae Ki Eun (sj, ) (Entered: 04/17/2008) |
| 04/07/2008 | 7 | MINUTES OF Detention Hearing held before Magistrate Judge Andrew J. Wistrich as to Defendant Dae Ki Eun, The Court Orders the defendant permanently detained., Court orders defendant held to answer to Northern District of California, San Jose. Crt directs US Mashall to provide Korean translated bible if available. Court Smart: CS 4/7/08. (sj, ) (Entered: 04/17/2008) |
| 04/07/2008 | 8 | ORDER OF DETENTION by Magistrate Judge Andrew J. Wistrich as to Defendant Dae Ki Eun, (sj, ) (Entered: 04/17/2008) |

| 04/07/2008 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Andrew J. Wistrich as to Defendant Dae Ki Eun. (sj, ) (Entered: 04/17/2008) |
| --- | --- | --- |
| 04/07/2008 | 10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Andrew J. Wistrich that Defendant Dae Ki Eun be removed to the Noryhern District of Califronia, San Jose. (Attachments: # 1 Letter CR-48) (sj, ) (Entered: 04/17/2008) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 04/17/2008 11:31:24 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-mj-00800-DUTY |
| Billable Pages: | 2 | Cost: | 0.16 |