UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 4/28/2008  
**Case No.:** CR-08-0196 JW  
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Summer Clanton  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A

### TITLE

U.S.A. v. Dai Ki Eun (C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell  
**Attorney(s) for Defendant(s):** Alex Park

### PROCEEDINGS

Status/Trial Setting

### ORDER AFTER HEARING

Hearing Held. Defendant Eun present and in custody for proceedings. This is the Defendant's initial appearance before this Court. The Court continued this matter to June 2, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from April 28, 2008 through June 2, 2008 for the parties efforts to disclose and review discovery and resolve this matter short of trial.

**Last Date for Trial:** June 9, 2008

_Elizabeth C. Garcia_  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: