UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** June 2, 2008  **Court Reporter:** Peter Torreano
**Case No.:** CR-08-0196 JW  **U.S. Probation Officer:** N/A
**Related Case No.:** N/A  **Interpreter:** Song Park (Korean)

## TITLE

U.S.A. v. Dai Ki Eun ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Alex Park

## PROCEEDINGS

Status Conference re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held. Defendant Eun present and in custody for proceedings. The Defendant was aided by a Korean language interpreter for proceedings. The Court SPECIALLY SET this matter to June 6, 2008 at 9:00 AM for Setting/Disposition. Time is excluded from June 2, 2008 through June 6, 2008 for efforts to resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: