ALEX C. PARK [SBN: 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Boulevard, Suite 100
Santa Clara, CA 95051
Telephone:  (408) 246-1515
Facsimile:   (408) 246-4105

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA; | ) | No. CR 08 -00383 JW |
|---|---|---|
| Plaintiff, | ) | CR 08-00196 JW |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING AND EXCLUDING TIME FOR |
| DAE KI EUN, | ) | PRONOUNCEMENT OF JUDGMENT (18 |
| | ) | U.S.C. § 3553) |
| Defendant. | ) | |

This matter is scheduled before the Court for sentencing on August 25, 2008. Due to the related matter filed in Southern California against defendant, on the same date defendant is scheduled for arraignment and further court proceedings before United States District Court for the Central District of California, Case No. CR 08-702. The parties respectfully request that defendant's sentencing hearing be continued for sixty (60) days. The parties agree, and the Court finds and holds as follows:

1. Defendant's sentencing hearing currently scheduled for August 25, 2008 at 1:30pm before The Honorable Judge Ware is continued for sixty (60) days.

2. The extension time is excluded pursuant to any sentencing deadline requirements to allow defendant to attend a separate court proceeding in a different jurisdiction. The parties agree that the continuance is proper pursuant to Federal Rules of

Criminal Procedure and 18 U.S.C. § 3553.

3. The parties agree that the failure to grant the requested continuance would unreasonably deny defendant the right to attend the sentencing hearing beyond defendant's control. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and any timely sentencing requirements.

IT IS SO STIPULATED:

                                        LAW OFFICE OF ALEX C. PARK

Dated: August 22, 2008                  /S/
                                        ALEX C. PARK
                                        Attorney for Defendant EUN

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

Dated: August 22, 2008                  /S/
                                        THOMAS M. O'CONNELL
                                        Assistant United States Attorney

IT IS SO ORDERED. The Sentencing Hearing is continued to November 3, 2008 at 1:30 PM.

Dated: August 22, 2008                  *James Ware* (signature)
                                        THE HONORABLE JAMES WARE
                                        UNITED STATES JUDGE