ALEX C. PARK [SBN: 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Boulevard, Suite 100
Santa Clara, CA 95051
Telephone:  (408) 246-1515
Facsimile:   (408) 246-4105

Attorney for Defendant

**GRANTED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; | No. CR 08 - 00383 JW |
| Plaintiff, | Related Case No. CR 08-00196 JW |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AND EXCLUDING TIME FOR PRONOUNCEMENT OF JUDGMENT (18 U.S.C. § 3553) |
| DAE KI EUN, | |
| Defendant. | |

This matter is scheduled before the Court for sentencing on January 12, 2009. Due to the related matter filed in Southern California against defendant, on the same date defendant is scheduled for arraignment and further court proceedings before United States District Court for the Central District of California, Case No. CR 08-702. The parties respectfully request that defendant's sentencing hearing be continued for ninety (90) days. The parties agree, and the Court finds and holds as follows:

1. Defendant's sentencing hearing currently scheduled for January 12, 2009 at 1:30pm before The Honorable Judge Ware is continued for ninety (90) days.

2. The extension time is excluded pursuant to any sentencing deadline requirements to allow defendant to attend a separate court proceeding in a different jurisdiction. The parties agree that the continuance is proper pursuant to Federal Rules of Criminal Procedure and 18 U.S.C. § 3553.

3. The parties agree that the failure to grant the requested continuance would unreasonably deny defendant the right to attend the sentencing hearing beyond defendant's control. The parties agree that the ends of justice served by granting

the requested continuance outweigh the best interest of the public and any timely sentencing requirements.

IT IS SO STIPULATED:

LAW OFFICE OF ALEX C. PARK

Dated: December 28, 2008          //s//
ALEX C. PARK
Attorney for Defendant

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: December 28, 2008          //s//
Thomas M. O'Connell
Assistant United States Attorney

IT IS SO ORDERED.

The Setencing Hearing is continued from January 12, 2009 to April 13, 2009 at 1:30 PM for BOTH CR 08-0383 JW and CR 08-00196 JW, USA v. Dai Ki Eun. Time is excluded from January 12, 2009 through April 13, 2009 as to BOTH matters.

Dated: December 29, 2008          _James Ware_
United States District Judge James Ware